MARK N. REITER (*Pro Hac Vice* pending)
mreiter@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

ANDREW W. ROBB (SBN 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel:  650.849.5334
Fax:  650.849.5034

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| VLSI TECHNOLOGY LLC.<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | CASE NO.: 5:17-CV-05671-BLF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF MARK REITER** |

Pursuant to Civil L.R. 11-3, Mark N. Reiter, an active member in good standing of the bar of Texas, hereby applies to admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Intel Corporation, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Andrew W. Robb, Gibson Dunn & Crutcher LLP, 1881 Page Mill Road, Palo Alto, CA 94304-1211(650) 849-5300; arobb@gibsondunn.com; California Bar No. 291438.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2018               /s/ Mark N. Reiter
                                   Mark N. Reiter

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I caused to be electronically filed the foregoing Application for Admission *Pro Hac* Vice with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems

Dated:   March 7, 2018                             /s/Mark N. Reiter
                                                                    Mark N. Reiter