UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>                  Defendant. | Case No. 5:17-cv-05671-BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO STAY** |

      Having considered the parties' Joint Stipulation regarding Intel Corporation's Motion to Stay Pending *Inter Partes* Review, the Court grants the parties' stipulation and stays this litigation pending the last final written decision of the *inter partes* reviews instituted by the United States Patent and Trademark Office regarding the patents-in-suit. All case deadlines are vacated. The parties shall submit a joint report within 10 days of the last final written decision's issuance to update the Court on the parties' positions regarding the issues that remain for this Court to address.


Dated: _____                    _____
                                                                 Hon. Beth Labson Freeman
                                                                 United States District Judge