Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Christopher T. Abernethy (SBN 275986)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars
Suite 900
Los Angeles, California  90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com
Email:  cabernethy@irell.com
Email:  aproctor@irell.com
Email:  dslusarczyk@irell.com
Email:  cwen@irell.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

Mark D. Selwyn (SBN 244180)
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

*Counsel for Defendant*
INTEL CORPORATION

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 5:17-cv-05671-BLF<br><br>**JOINT STATEMENT REGARDING CASE SCHEDULE PER COURT'S JUNE 4, 2020 ORDER (D.I. 285)**<br><br>Judge:  Hon. Beth Labson Freeman |

On June 4, 2020, the Court held a hearing (D.I. 285) on Defendant Intel Corporation's Motion To Continue Stay Pending *Inter Partes* Review (D.I. 278). At the hearing, the Court provided the Parties information regarding the Court's present calendar. *See* D.I. 288, Tr. at 4:22-6:2, 11:24-12:3. The Court then made the following scheduling proposal for the Parties to consider:

| Deadline | Date |
| --- | --- |
| Stay Pending *Inter Partes* Review Lifted | Wednesday, September 1, 2021 |
| Hearing on Dispositive Motions | Thursday, August 4, 2022 |
| Final Pretrial Conference | Thursday, November 3, 2022 |
| Trial Begins | Monday, December 5, 2022 |

*Id.* at 15:20-17:3. Based on the information the Court provided about its present calendar, the Parties hereby jointly accept the Court's foregoing proposal. A [Proposed] Order is included herewith.

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Christopher T. Abernethy*
    Christopher T. Abernethy

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

Dated: June 11, 2020

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn

*Counsel for Defendant*
INTEL CORPORATION

**IRELL & MANELLA LLP**
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Christopher T. Abernethy (SBN 275986)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
1800 Avenue of the Stars
Suite 900
Los Angeles, California  90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
Mark D. Selwyn (SBN 244180)
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)

JOINT STATEMENT REGARDING
CASE SCHEDULE

- 1 -

Case No. 5:17-cv-05671-BLF

1  Email: cabernethy@irell.com
   Email: aproctor@irell.com
2  Email: dslusarczyk@irell.com
   Email: cwen@irell.com
3
   *Counsel for Plaintiff*
4  VLSI TECHNOLOGY LLC

   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000
   Fax: (617) 526-5000
   Email: william.lee@wilmerhale.com
   Email: louis.tompros@wilmerhale.com
   Email: dominic.massa@wilmerhale.com

   **WILMER CUTLER PICKERING
     HALE AND DORR LLP**
   Amanda L. Major (*pro hac vice*)
   1875 Pennsylvania Avenue NW
   Washington, DC 20006
   Telephone: (202) 663-6000
   Fax: (202) 663-6363
   Email: amanda.major@wilmerhale.com

   *Counsel for Defendant*
   INTEL CORPORATION

JOINT STATEMENT REGARDING
CASE SCHEDULE                                    - 2 -                              Case No. 5:17-cv-05671-BLF

**ATTESTATION**

I hereby attest under penalty of perjury that concurrence in the filing of this document, and the [Proposed] Order included herewith, has been obtained from counsel for Defendant.

Dated: June 11, 2020                              IRELL & MANELLA LLP


                                                  By:  /s/ Christopher T. Abernethy
                                                         Christopher T. Abernethy

                                                  *Counsel for Plaintiff*
                                                  VLSI TECHNOLOGY LLC