UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Case No. 5:17-cv-05671-BLF<br><br>[PROPOSED] ORDER |

Having considered Intel Corporation's Motion to Continue Stay Pending *Inter Partes* Review, the arguments of the Parties, and the Parties' Joint Statement Regarding Case Schedule, the Court ORDERS that the stay of this litigation shall be lifted on September 1, 2021, and that the case schedule is further modified as set forth below:

| Deadline | Date |
|---|---|
| Stay Pending *Inter Partes* Review Lifted | Wednesday, September 1, 2021 |
| Hearing on Dispositive Motions | Thursday, August 4, 2022 |
| Final Pretrial Conference | Thursday, November 3, 2022 |
| Trial Begins | Monday, December 5, 2022 |

IT IS SO ORDERED.

Dated: June 12, 2020

_____
Hon. Beth Labson Freeman
United States District Judge