# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendant. | Case No. 5:17-cv-05671-BLF<br><br>**[PROPOSED] ORDER GRANTING INTEL'S ADMINISTRATIVE MOTION FOR RELIEF FROM PROTECTIVE ORDER** |

　　　Having considered Intel Corporation's ("Intel") Administrative Motion For Relief from the Protective Order, the Court grants Intel's Motion.


Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge