1  **IRELL & MANELLA LLP**
   Morgan Chu (SBN 70446)
2  Benjamin Hattenbach (SBN 186455)
   Christopher T. Abernethy (SBN 275986)
3  Amy E. Proctor (SBN 283845)
   Dominik Slusarczyk (SBN 287084)
4  Charlotte J. Wen (SBN 313572)
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
6  Facsimile:  (310) 203-7199
   Email: mchu@irell.com
7  Email: bhattenbach@irell.com
   Email: cabernethy@irell.com
8  Email: aproctor@irell.com
   Email: dslusarczyk@irell.com
9  Email: cwen@irell.com

10 A. Matthew Ashley (SBN 198235)
   840 Newport Center Drive, Suite 400
11 Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
12 Facsimile:  (949) 760-5200
   Email: mashley@irell.com

13
   Counsel for Plaintiff
14 VLSI TECHNOLOGY LLC

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN JOSE DIVISION**

18 VLSI TECHNOLOGY LLC,              | Case No. 5:17-CV-05671-BLF

19            Plaintiff,              | **DECLARATION OF MICHAEL D.**
                                      | **HARBOUR IN SUPPORT OF VLSI**
20       v.                           | **TECHNOLOGY LLC'S OPPOSITION TO**
                                      | **ADMINISTRATIVE MOTION FOR**
21 INTEL CORP.,                       | **RELIEF FROM PROTECTIVE ORDER**

22            Defendant.

I, Michael Harbour, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for VLSI Technology LLC ("VLSI") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of VLSI's Opposition to Intel Corp.'s ("Intel") Administrative Motion For Relief From Protective Order.

3. On July 28, 2020, counsel at Intel sent an email to my firm requesting permission from VLSI to include information that VLSI had produced under a Protective Order in this case (and others) in Intel and Apple's upcoming amended antitrust complaint. The information Intel requested to disclose related to VLSI's damages analysis and the financial terms by which VLSI had acquired the patents it had asserted against Intel. VLSI declined Intel's request on August 1, 2020. A true and correct copy of this email exchange is attached as Exhibit A.

4. On January 14, 2021, counsel for Intel sent an email to my firm asking whether VLSI would agree to a modification of the stipulated protective orders in multiple cases (including the present matter) so that Intel could use protected information produced in those cases in the antitrust case. VLSI responded by asking Intel to specifically identify (1) the provisions of the Protective Order that Intel sought exemption from, (2) the specific information it sought to disclose by page and line number, and (3) how Intel intended to use this information. Intel refused to provide that information. A true and correct copy of this email exchange is attached as Exhibit B.

Executed on January 26, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Michael D. Harbour*
Michael D. Harbour