**IRELL & MANELLA LLP**
Morgan Chu (SBN 70446)
Benjamin Hattenbach (SBN 186455)
Christopher T. Abernethy (SBN 275986)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: cabernethy@irell.com
Email: aproctor@irell.com
Email: dslusarczyk@irell.com
Email: cwen@irell.com

A. Matthew Ashley (SBN 198235)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: mashley@irell.com

Counsel for Plaintiff
VLSI TECHNOLOGY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>INTEL CORP.,<br><br>       Defendant. | Case No. 5:17-CV-05671-BLF<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR RELIEF FROM PROTECTIVE ORDER** |

Having considered Intel Corp.'s Administrative Motion For Relief From Protective Order (Dkt. 292), the motion is hereby DENIED.

IT IS SO ORDERED.

Dated: _____  _____

Hon. Nathanael Cousins
UNITED STATES MAGISTRATE JUDGE

10909788 - 1 -

[PROPOSED] ORDER DENYING ADMIN MOTION FOR
RELIEF FROM PROTECTIVE ORDER
Case No. 5:17-CV-05671-BLF