# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE

| | |
|---|---|
| VLSI TECHNOLOGY, LLC, <br><br>                    Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br>                    Defendant. | Case No. 5:17-cv-05671-BLF <br><br> **JOINT STATEMENT OF RECENT DECISIONS** |

1  Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") by and through their undersigned counsel hereby provide this Joint Statement of Recent Decisions.

Attached as Exhibit 1 is the transcript of the February 1, 2021 hearing before Judge Albright on Intel's request for relief from the Protective Order in the action between the parties pending in the Western District of Texas, 19-cv-977-ADA (W.D. Tex). Judge Albright denies Intel's request on page 17 of the transcript.

Attached as Exhibit 2 is the transcript of the February 1, 2021 hearing before Magistrate Judge Burke on Intel's request for relief from the Protective Order in the action between the parties pending in the District of Delaware, 18-cv-00966-CFC-CJB (D. Del.).

Attached as Exhibit 3 is Magistrate Judge Burke's Order granting Intel's request for relief from the Protective Order in the action between the parties pending in the District of Delaware, 18-cv-00966-CFC-CJB (D. Del.), D.I. 693.

DATED: February 5, 2021                                 Respectfully submitted,

IRELL & MANELLA LLP                                     WILMER CUTLER PICKERING
                                                         HALE AND DORR LLP

/s/ Michael Harbour                                     /s/ Mark D. Selwyn

*Counsel for Plaintiff*                                 *Counsel for Defendant*
VLSI TECHNOLOGY LLC                                     INTEL CORPORATION

**IRELL & MANELLA LLP**                                 **WILMER CUTLER PICKERING**
Morgan Chu (SBN 70446)                                  **HALE AND DORR LLP**
Benjamin W. Hattenbach (SBN 186455)                     Mark D. Selwyn (SBN 244180)
Christopher T. Abernethy (SBN 275986)                   2600 El Camino Real, Suite 400
Amy E. Proctor (SBN 283845)                             Palo Alto, CA 94306
Dominik Slusarczyk (SBN 287084)                         Telephone: (650) 858-6000
Charlotte J. Wen (SBN 313572)                           Fax: (650) 858-6100
1800 Avenue of the Stars                                Email: mark.selwyn@wilmerhale.com
Suite 900
Los Angeles, California 90067                           **WILMER CUTLER PICKERING**
Telephone: (310) 277-1010                               **HALE AND DORR LLP**
Facsimile: (310) 203-7199                               William F. Lee (pro hac vice)
Email: mchu@irell.com                                   Louis W. Tompros (pro hac vice)
Email: bhattenbach@irell.com                            Dominic E. Massa (pro hac vice)
Email: cabernethy@irell.com                             60 State Street

| | |
|---|---|
| Email: aproctor@irell.com<br>Email: dslusarczyk@irell.com<br>Email: cwen@irell.com<br><br>*Counsel for Plaintiff*<br>VLSI TECHNOLOGY LLC | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Email: william.lee@wilmerhale.com<br>Email: louis.tompros@wilmerhale.com<br>Email: dominic.massa@wilmerhale.com<br><br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>Amanda L. Major (pro hac vice)<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>Email: amanda.major@wilmerhale.com<br><br>*Counsel for Defendant*<br>INTEL CORPORATION |

# CERTIFICATE OF SERVICE

On this 5th day of February 2021, I hereby certify that I caused the foregoing document entitled Joint Statement of Recent Decisions to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: February 5, 2021

WILMER CUTLER PICKERING
 HALE AND DORR LLP

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

*Counsel for Defendant*
INTEL CORPORATION

**ECF ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this JOINT STATEMENT OF RECENT DECISIONS. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn