# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 17-cv-05671-BLF<br><br>**ORDER REQUESTING STATUS UPDATE BY SEPTEMBER 27, 2021** |

On June 12, 2020, the Court issued an order staying the above-captioned case until September 1, 2021. ECF No. 290. Pursuant to that order, the trial schedule in this case requires that the last date for the Court to hear dispositive motions is August 4, 2022, the final pretrial conference is November 3, 2022, and trial begins on December 5, 2022. *Id.* Now that the stay has expired, the Court hereby REQUESTS that the Parties provide a status update on this case no later than **September 27, 2021**.

**IT IS SO ORDERED.**

Dated: September 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge