UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>                        Defendant. | Case No. 5:17-cv-05671-BLF<br><br>**JOINT STATEMENT PURSUANT TO D.I. 260** |

Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") by and through their undersigned counsel hereby provide this Joint Statement Pursuant To D.I. 260.

On March 11, 2019, Magistrate Judge Cousins ordered the parties to "confer and resubmit disputed discovery issues within 14 days" of the Court lifting the stay of this case entered on March 11, 2019.  *See* D.I. 260.

The stay lifted on September 1, 2021.  *See* D.I. 290.

The parties have met and conferred about issues that were disputed before the Court entered the stay, including on September 10, 2021.  To afford the parties sufficient time to determine whether agreement can be reached as to any issues that remain disputed, the parties jointly respectfully request that the Court extend the 14-day deadline of D.I. 260 by one week, so that the parties may meet and confer further and, if needed, resubmit any disputed discovery issues on or before September 22, 2021.

DATED: September 15, 2021                     Respectfully submitted,

| IRELL & MANELLA LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| */s/ Dominik Slusarczyk* | */s/ Mark D. Selwyn* |
| Dominik Slusarczyk (SBN 287084)<br>  dslusarczyk@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Fax: (310) 203-7199 | Mark D. Selwyn (SBN 244180)<br>  mark.selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Fax: (650) 858-6100 |
| *Attorneys for Plaintiff VLSI Technology LLC* | *Attorneys for Defendant Intel Corporation* |

# CERTIFICATE OF SERVICE

On this 15th day of September 2021, I hereby certify that I caused the foregoing document entitled Joint Statement Pursuant To D.I. 260 to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

DATED: September 15, 2021

WILMER CUTLER PICKERING
 HALE AND DORR LLP

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
 mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Attorneys for Defendant Intel Corporation*

**ECF ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this JOINT STATEMENT PURSUANT TO D.I. 260.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn