# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORP.,<br><br>  Defendant. | Case No. 5:17-CV-05671-BLF<br><br>**[PROPOSED] ORDER DENYING INTEL'S DISCOVERY LETTER BRIEF TO COMPEL (D.I. 414)**<br><br>Judge: Hon. Beth Labson Freeman<br>Magistrate Judge: Hon. Nathanael Cousins |

Intel's motion to compel is denied.  VLSI has already certified that the requested information is not in VLSI's possession, custody, or control.

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Nathanael M. Cousins
                                                UNITED STATES MAGISTRATE JUDGE