UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No.  17-cv-05671-BLF<br><br>**ORDER UNSEALING ORDER ON MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |

The parties have stated that they do not request redactions to the Court's Order Denying Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 471).  The Clerk shall unseal the order at ECF No. 471.

**IT IS SO ORDERED.**

Dated:  May 18, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge