| | |
|---|---|
| Mark D. Selwyn (CA SBN 244180)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>Mark.Selwyn@wilmerhale.com<br><br>William F. Lee (*pro hac vice*)<br>Louis W. Tompros (*pro hac vice*)<br>Dominic E. Massa (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>William.Lee@wilmerhale.com<br>Louis.Tompros@wilmerhale.com<br>Dominic.Massa@wilmerhale.com | Amanda L. Major (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Amanda.Major@wilmerhale.com<br><br>David C. Marcus (CA SBN 158704)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br>David.Marcus@wilmerhale.com<br><br>*Attorneys for Defendant*<br>INTEL CORPORATION |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Case No. 5:17-cv-05671-BLF-NC<br><br>**DEFENDANT INTEL CORPORATION'S NOTICE OF MOTION AND OMNIBUS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         October 19, 2023<br>Time:         9:00 a.m.<br>Courtroom: 3 (5th Floor)<br>Judge:        Honorable Beth L. Freeman |

**NOTICE OF MOTION AND MOTION**:

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2023 at 9:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Beth Labson Freeman, located at 280 South First Street, Courtroom 3, 5th Floor, San Jose, CA 95113, Defendant Intel Corporation ("Intel" or "Defendant") will, and hereby does, move the Court for summary judgment (1) of no infringement for the four asserted patents, U.S. Patent Nos. 8,566,836 ("'836 patent"), 8,004,922 ("'922 patent"), 7,675,806 ("'806 patent"), and 8,268,672 ("'672 patent"), (2) of invalidity of the asserted claims for the '922 patent, (3) that it is licensed to all asserted patents, and (4) of no willful infringement, no indirect infringement, and no enhanced damages for any patent.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Mark Selwyn and exhibits in support thereof, the pleadings and papers on file in this action, any other such matters upon which the Court may take judicial notice or which are incorporated by reference, the arguments of counsel, and any other matters that the Court may properly consider.

Respectuflly submitted,

Dated: August 24, 2023

/s/ Mark D. Selwyn

Mark D. Selwyn (CA SBN 244180)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Mark.Selwyn@wilmerhale.com

William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
William.Lee@wilmerhale.com
Louis.Tompros@wilmerhale.com
Dominic.Massa@wilmerhale.com

Amanda L. Major (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Amanda.Major@wilmerhale.com

David C. Marcus (CA SBN 158704)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2400
Los Angeles, CA  90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
David.Marcus@wilmerhale.com

*Counsel for Defendant*
   Intel Corporation