PUBLIC REDACTED VERSION

Mark D. Selwyn (CA SBN 244180)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Mark.Selwyn@wilmerhale.com

William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
William.Lee@wilmerhale.com
Louis.Tompros@wilmerhale.com
Dominic.Massa@wilmerhale.com

Amanda L. Major (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Amanda.Major@wilmerhale.com

David C. Marcus (CA SBN 158704)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2400
Los Angeles, CA  90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
David.Marcus@wilmerhale.com

*Attorneys for Defendant*
INTEL CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

VLSI TECHNOLOGY, LLC,

                              Plaintiff,

        v.

INTEL CORPORATION,

                              Defendant.

Case No. 5:17-cv-05671-BLF-NC

**INTEL CORPORATION'S REPLY IN SUPPORT OF OMNIBUS *DAUBERT* MOTION TO EXCLUDE AND/OR STRIKE THE IMPROPER OPINIONS AND TESTIMONY OF DR. RYAN SULLIVAN, MR. MARK CHANDLER, DR. THOMAS CONTE, DR. WILLIAM MANGIONE-SMITH, AND DR. DEAN NEIKIRK**

# TABLE OF CONTENTS

Page

# TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

*Apple Inc. v. Wi-LAN Inc.*,
　25 F.4th 960 (Fed. Cir. 2022) ...................................................................................8, 11, 12

*Omega Patents, LLC v. CalAmp Corp.*,
　13 F.4th 1361 (Fed. Cir. 2021) ................................................................................ *passim*

*Elbit Sys. Land & C4I Ltd. v. Hughes Network Sys., LLC*,
　927 F.3d 1292 (Fed. Cir. 2019)...........................................................................................11

*Exmark Mfg. Co. Inc. v. Briggs & Stratton Power Prod. Grp., LLC*,
　879 F.3d 1332 (Fed. Cir. 2018)........................................................................4, 5, 10, 15

*Franklin Life Ins. Co. v. Mast*,
　435 F.2d 1038 (9th Cir. 1970) ............................................................................................10

*GREE, Inc. v. Supercell Oy*,
　2020 WL 4288345 (E.D. Tex. July 27, 2020) .........................................................12

*Hanson v. Alpine Valley Ski Area, Inc.*,
　718 F.2d 1075 (Fed. Cir. 1983)............................................................................................2

*Intel Corp. v. Future Link Sys., LLC*,
　2017 WL 2482881 (D. Del. June 1, 2017)............................................................................2

*Intel Corp. v. Tela Innovations, Inc.*,
　2021 WL 1222622 (N.D. Cal. Feb. 11, 2021), Opp. 18 .......................................11

*Intel Corporation v. Tela Innovations, Inc.*,
　18-cv-02848, Dkt. 368 (N.D. Cal. May 11, 2021)..............................................................11

*LaserDynamics, Inc. v. Quanta Computer, Inc.*,
　694 F.3d 51 (Fed. Cir. 2012)................................................................................ *passim*

*MLC Intell. Prop., LLC v. Micron Tech., Inc.*,
　10 F.4th 1358 (Fed. Cir. 2021) .............................................................................................9

*Mobile Equity Corp. v. Walmart Inc.*,
　2022 WL 4492403 (E.D. Tex. Sept. 27, 2022) ....................................................................2

*VirnetX, Inc. v. Cisco Sys., Inc.*,
　767 F.3d 1308 (Fed. Cir. 2014)............................................................................................4

*VLSI Tech. LLC v. Intel Corp.*,
　6:21-cv-57 (W.D. Tex. Feb. 19, 2021 ...............................................................................13

*Water Techs. Corp. v. Calco, Ltd.*,
   850 F.2d 660 (Fed. Cir. 1988) ................................................................................................ 6

*Whitserve, LLC v. Computer Packages, Inc.*,
   694 F.3d 10 (Fed. Cir. 2012) ................................................................................................ 10

**Other Authorities**

Fed. R. Evid. 702 (Am. Dec. 1, 2023) ...................................................................................... 5, 15

Fed. R. Evid. 403 ............................................................................................................................. 13

**Exhibits**

The exhibits cited in the motion as "Ex. __" are attached to the Declaration of Mark Selwyn filed herewith.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

2    Respectfully submitted,

3

Dated: August 25, 2023

4

5                                                    */s/ Mark D. Selwyn*

6                                          Mark D. Selwyn (CA SBN 244180)
                                           WILMER CUTLER PICKERING
7                                              HALE AND DORR LLP
                                           2600 El Camino Real, Suite 400
8                                          Palo Alto, California 94306
                                           Telephone:  (650) 858-6000
9                                          Facsimile:  (650) 858-6100
                                           Mark.Selwyn@wilmerhale.com
10

11                                         William F. Lee (*pro hac vice*)
                                           Louis W. Tompros (*pro hac vice*)
12                                         Dominic E. Massa (*pro hac vice*)
                                           WILMER CUTLER PICKERING
13                                             HALE AND DORR LLP
                                           60 State Street
14                                         Boston, MA  02109
                                           Telephone: (617) 526-6000
15                                         Facsimile: (617) 526-5000
                                           William.Lee@wilmerhale.com
16                                         Louis.Tompros@wilmerhale.com
                                           Dominic.Massa@wilmerhale.com
17

18                                         Amanda L. Major (*pro hac vice*)
                                           WILMER CUTLER PICKERING
19                                             HALE AND DORR LLP
                                           2100 Pennsylvania Avenue NW
20                                         Washington, DC 20037
                                           Telephone: (202) 663-6000
21                                         Facsimile: (202) 663-6363
                                           Amanda.Major@wilmerhale.com
22

23                                         David C. Marcus (CA SBN 158704)
                                           WILMER CUTLER PICKERING
24                                             HALE AND DORR LLP
                                           350 S. Grand Avenue, Suite 2400
25                                         Los Angeles, CA  90071
                                           Telephone: (213) 443-5300
26                                         Facsimile: (213) 443-5400
                                           David.Marcus@wilmerhale.com
27
                                           *Counsel for Defendant*
28                                         Intel Corporation