**IRELL & MANELLA LLP**
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: aproctor@irell.com
Email: dslusarczyk@irell.com
Email: cwen@irell.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

**WILMER CUTLER PICKERING HALE AND DORR LLP**
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Dominic E. Massa (*pro hac vice*)
dominic.massa@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363

*Counsel for Defendant*
INTEL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 5:17-cv-05671-BLF-NC<br><br>**JOINT ADMINISTRATIVE MOTION TO EXTEND DEADLINES TO SUBMIT DECLARATIONS PURSUANT TO CIVIL LOCAL RULE 79-5(f)(3)**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 7-11 and the Court's August 29 Order (Dkt. No. 602), Defendant Intel Corporation ("Intel") and Plaintiff VLSI Technology LLC ("VLSI") jointly bring this Administrative Motion to Extend Deadlines to Submit Declarations Pursuant to Civil Local Rule 79-5(f)(3).

Mindful of the public right to access non-confidential information, the parties recognize the importance of releasing public versions of their briefs with only confidential information redacted in an expeditious manner and before the hearings for the pending *Daubert* and summary judgment motions.

The parties' respective summary judgment motions (Dkt. Nos 580, 586) and certain exhibits thereto contain confidential information of many non-parties. As the rules require, the parties filed several administrative motions to consider whether these non-parties' material should be sealed. (*See* Dkt. Nos. 582, 583, 584, 585, 589, 590.) The parties anticipate that at least some of this same information will be filed with the parties' responsive and reply briefs to the summary judgment motions.

In an effort to make public redacted filings as soon as possible while also reducing the burden on the parties and non-parties of preparing multiple duplicative declarations and the Court of reviewing them, the parties respectfully request approval of the following schedule:

1. All declarations in support of sealing the parties' summary judgment briefs will be due September 5, 2023, three business days from now.
2. The parties will file public redacted versions of their summary judgment briefs and all *Daubert* related briefs by September 8, 2023, six business days from now. The public redacted briefs will redact only the information for which a party or non-party filed declarations in support of sealing.
3. The deadline to file declarations in support of sealing the parties' opposition briefs and reply briefs in support of summary judgment motions will remain unchanged. These shall be due on September 28 and October 12, respectively.

4. The parties will file public redacted versions of the opposition briefs by October 2. The public redacted briefs will redact only the information for which a party or non-party filed declarations in support of sealing.

5. The parties will file public redacted versions of their reply briefs by October 16, 2023. The public redacted briefs will redact only the information for which a party or non-party filed declarations in support of sealing.

6. To reduce the burden on parties and non-parties and consistent with the Court's guidance that underlying exhibits may stay under seal past the hearing date, the deadline to file declarations and/or statements pursuant to Civil Local Rule 79-5(f)(3) in support of sealing any exhibits to the parties' Summary Judgment Motions, Oppositions or Replies will be October 19, 2023—two weeks after the reply briefs are due.

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Charlotte J. Wen
Charlotte J. Wen
*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

**IRELL & MANELLA LLP**
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: aproctor@irell.com
Email: dslusarczyk@irell.com
Email: cwen@irell.com

DATED: August 30, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Mark D. Selwyn
Mark D. Selwyn
*Counsel for Defendant*
INTEL CORPORATION

**WILMER CUTLER PICKERING HALE AND DORR LLP**
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Dominic E. Massa (*pro hac vice*)
dominic.massa@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363

*Counsel for Defendant*
INTEL CORPORATION

ATTORNEY ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5- 1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn