| | |
|---|---|
| Mark D. Selwyn (CA SBN 244180) | Amanda L. Major (*pro hac vice*) |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|   HALE AND DORR LLP |   HALE AND DORR LLP |
| 2600 El Camino Real, Suite 400 | 2100 Pennsylvania Avenue NW |
| Palo Alto, California 94306 | Washington, DC 20037 |
| Telephone: (650) 858-6000 | Telephone: (202) 663-6000 |
| Facsimile: (650) 858-6100 | Facsimile: (202) 663-6363 |
| Mark.Selwyn@wilmerhale.com | Amanda.Major@wilmerhale.com |
| | |
| William F. Lee (*pro hac vice*) | David C. Marcus (CA SBN 158704) |
| Louis W. Tompros (*pro hac vice*) | WILMER CUTLER PICKERING |
| Dominic E. Massa (*pro hac vice*) |   HALE AND DORR LLP |
| WILMER CUTLER PICKERING | 350 S. Grand Avenue, Suite 2400 |
|   HALE AND DORR LLP | Los Angeles, CA 90071 |
| 60 State Street | Telephone: (213) 443-5300 |
| Boston, MA 02109 | Facsimile: (213) 443-5400 |
| Telephone: (617) 526-6000 | David.Marcus@wilmerhale.com |
| Facsimile: (617) 526-5000 | |
| William.Lee@wilmerhale.com | *Attorneys for Defendant* |
| Louis.Tompros@wilmerhale.com | INTEL CORPORATION |
| Dominic.Massa@wilmerhale.com | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC, <br><br>                Plaintiff, <br><br>  vs. <br><br>INTEL CORPORATION, <br><br>                Defendant. | Case No. 5:17-cv-05671-BLF-NC <br><br>**INTEL CORPORATION'S CIVIL L.R. 79-5(C) UNOPPOSED MOTION TO CONTINUE THE DISPOSITIVE MOTION HEARING DATE** |

In accordance with Civil Local Rules 7-7(b) and 7-11 and 79-5, Intel Corporation ("Intel") respectfully submits this Unopposed Motion to Continue the Dispositive Motion Hearing Date.

Intel is mindful of the Court's busy calendar and does not lightly request that the Court change the October 19, 2023 dispositive motion hearing date.  Intel's lead lawyer at trial will be Joseph Mueller.  Mr. Mueller is also lead trial counsel for Intel in *Alacritech v. CenturyLink*, No. 2:16-cv-00693-RWS-RSP.  Trial in that case is set to begin on October 16, 2023 before Judge Schroeder in the Eastern District of Texas.  Intel currently expects that trial to continue past October 19, 2023.

In order to enable Intel's lead trial counsel to participate in argument for Intel at the dispositive motion hearing, Intel respectfully requests that the Court continue the dispositive motion hearing to another date.  Intel has conferred with counsel for plaintiff VLSI, and all parties would be available for the hearing on November 2, 2023.

For the foregoing reasons, Intel requests the Court continue the dispositive motion hearing from October 19, 2023 to November 2, 2023.

Dated:  September 15, 2023              Respectfully submitted,

                                        */s/ Mark D. Selwyn*

                                        Mark D. Selwyn (CA SBN 244180)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        2600 El Camino Real, Suite 400
                                        Palo Alto, California 94306
                                        Telephone:  (650) 858-6000
                                        Facsimile:  (650) 858-6100
                                        Mark.Selwyn@wilmerhale.com


                                        *Attorneys for Defendant Intel Corporation*

Case No. 5:17-cv-05671-BLF-NC            1     INTEL CORP.'S UNOPPOSED MOTION TO
                                               CONTINUE THE DISPOSITIVE MOTION
                                               HEARING DATE

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that a true and correct copy of the above and foregoing document has been served on September 15, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


Dated: September 15, 2023                              /s/ *Mark D. Selwyn*
                                                       Mark D. Selwyn