# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Case No. 17-cv-05671-BLF<br><br>**ORDER DENYING MOTION TO CONTINUE THE DISPOSITIVE HEARING DATE**<br><br>[Re: ECF No. 656] |

On September 15, 2023, Intel Corporation ("Intel") filed a Motion to Continue the Dispositive Motion Hearing Date. The Court is unable to accommodate the Parties' proposed date, November 2, 2023, for this hearing; therefore, the motion is DENIED.

The Court offers November 16, 2023 as an alternative date but notes that this delay would take a full month of time away from the Court to deliberate on this matter and may delay dispositive motion and *Daubert* rulings. Furthermore, the Court will deny any attempts to modify the briefing schedule. If the November 16, 2023 alternative is unacceptable to the Parties:

1. The Parties may choose to retain the original hearing date of October 19, 2023.
2. The Parties may choose to reset the trial date.

The Parties SHALL notify the Court of their decision through a stipulation and proposed order by **September 21, 2023**.

**IT IS SO ORDERED.**

Dated: September 15, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge