United States District Court
Northern District of California

1
2
3   **UNITED STATES DISTRICT COURT**
4   **NORTHERN DISTRICT OF CALIFORNIA**
5   **SAN JOSE DIVISION**
6
7   VLSI TECHNOLOGY LLC,                         Case No. 17-cv-05671-BLF
8           Plaintiff,
9       v.                                       **ORDER REGARDING SUMMARY JUDGMENT HEARING**
10  INTEL CORPORATION,
11          Defendant.
12
13  The hearing set for October 19, 2023, at 9:00 A.M., shall be held IN PERSON in
14  Courtroom 1 of the San Jose District Court, 280 S. First Street, San Jose, California, 95113. No
15  remote appearances will be permitted.
16
17  **IT IS SO ORDERED.**
18
19  Dated: October 6, 2023
20
                                                 _____
21                                               BETH LABSON FREEMAN
                                                 United States District Judge
22
23
24
25
26
27
28