*(Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Case No. 5:17-cv-05671-BLF-NC<br><br>**STIPULATION OF DISMISSAL AND COVENANT NOT TO SUE**<br><br>Judge: Hon. Beth Labson Freeman |

**STIPULATION OF DISMISSAL OF US. PATENT NO. 7,675,806 AND U.S. PATENT NO. 8,268,672**

Whereas, U.S. Patent No. 7,675,806 and U.S. Patent No. 8,268,672 are collectively the "Asserted '806 and '672 Patents" in the above-captioned Action;

Whereas, Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") (each a "Party," and together, the "Parties") seek to permanently resolve all disputes concerning Intel or Intel technology with respect to the Asserted '806 and '672 Patents; and

Whereas, the Parties have agreed to dismissal of claims and counterclaims asserted in this action on the basis described below;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate as follows:

That all counts of VLSI's complaint regarding the Asserted '806 and '672 Patents, including amendments, are dismissed with prejudice;

That all counts of Intel's counterclaims, including amendments, regarding the Asserted '806 and '672 Patents (but not counterclaims regarding any other patents) are dismissed without prejudice;

That all defenses to the Parties' claims and counterclaims regarding the Asserted '806 and '672 Patents are dismissed without prejudice. Notwithstanding the foregoing sentence, for clarity, all defenses, including without limitation Intel's license defense, that also pertain to other patents asserted in this Action are dismissed only with respect to the Asserted '806 and '672 Patents and are not dismissed with respect to the other asserted patents;

That VLSI has granted to Intel, its affiliates and their respective former, current and future suppliers and customers under the Asserted '806 and '672 Patents a certain covenant not to sue (the "Covenant Not To Sue");

That neither party is paying any amount to the other party in connection with the matters addressed by this Stipulation;

That this stipulation is entered voluntarily, and neither the fact of the stipulation or the Covenant Not To Sue, nor anything contained herein or in the Covenant Not To Sue, constitutes, or shall be construed as, an explicit or implied admission or evidence relating to any issue associated with the Action;

That each Party will bear its own attorneys' fees and costs incurred in connection with the matters addressed by this Stipulation; and

That any disputes between the Parties regarding the Asserted '806 and '672 Patents, the Covenant Not To Sue or this Stipulation shall be litigated solely in the United States District Court for the Northern District of California.

That the Court orders the Asserted '806 and '672 Patents are dismissed from the Action on the terms described above.

SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: January 12, 2024 | Dated: January 12, 2024 |
| IRELL & MANELLA LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By:  */s/ Charlotte J. Wen*<br>       Charlotte J. Wen | By:  */s/ Mark D. Selwyn*<br>       Mark D. Selwyn |
| *Counsel for Plaintiff*<br>VLSI TECHNOLOGY LLC | *Counsel for Defendant*<br>INTEL CORPORATION |

Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Christopher T. Abernethy (SBN 275986)
Ian Robert Washburn (SBN 274759)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Mark D. Selwyn (SBN 244180)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)

| | |
|---|---|
| Email: mchu@irell.com<br>Email: bhattenbach@irell.com<br>Email: cabernethy@irell.com<br>Email: iwashburn@irell.com<br>Email: aproctor@irell.com<br>Email: dslusarczyk@irell.com<br>Email: cwen@irell.com<br><br>Babak Redjaian (SBN 185506)<br>Kamran Vakili (SBN 284441)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>Email: bredjaian@irell.com<br>Email: kvakili@irell.com<br><br>*Counsel for Plaintiff*<br>VLSI TECHNOLOGY LLC | 60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Email: william.lee@wilmerhale.com<br>Email: louis.tompros@wilmerhale.com<br>Email: dominic.massa@wilmerhale.com<br><br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>Amanda L. Major (*pro hac vice*)<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Fax: (202) 663-6363<br>Email: amanda.major@wilmerhale.com<br><br>*Counsel for Defendant*<br>INTEL CORPORATION |

# **ATTESTATION**

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: January 12, 2024

/s/ *Charlotte J. Wen*
Charlotte J. Wen