**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | Case No.  17-cv-05671-BLF |
| Plaintiff, | |
| v. | **ORDER TERMINATING *DAUBERT* MOTIONS** |
| INTEL CORPORATION, | [Re: ECF Nos. 541, 548, 549] |
| Defendant. | |

Before the Court are the parties' *Daubert* motions.  ECF Nos. 541, 548, 549.  At the scheduled hearing for these motions on January 4, 2024, VLSI averred that it would be dismissing the two remaining asserted patents and the parties agreed that upon dismissal, the *Daubert* motions may be terminated.  ECF No. 797 at 23:9-22, 25:23-26:1, 30:10-15.  On January 16, 2024, the Court approved the parties' joint stipulation to dismiss the two remaining asserted patents.  ECF No. 801.

Accordingly, ECF Nos. 541, 548, and 549 are terminated.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California