# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Case No. 17-cv-05671-BLF<br><br>**ORDER VACATING TRIAL DATE** |

The Court conducted a status conference on February 20, 2024 with all counsel present. Based on the discussion on the record, the Court understands that VLSI will file a motion to dismiss Intel's license counterclaim on February 23, 2024. Briefing on that motion will be completed by March 8, 2024. Due to the anticipated dispositive issues that will be presented by VLSI, the Court concludes that continuing trial preparation before the pleadings are set is imprudent and potentially wasteful.

The Court VACATES the trial date, final pretrial conference date, and all corresponding pretrial deadlines. The Court will reset the trial date and pretrial deadlines, if necessary, after ruling on VLSI's motion to dismiss Intel's counterclaim. Additionally, VLSI's Motion to Vacate and Reset Trial Date Once Pleadings Are Closed, ECF No. 859, is terminated without prejudice as moot. If this case proceeds, the Court will reset trial on an expedited basis.

**IT IS SO ORDERED.**

Dated: February 20, 2024

_____
BETH LABSON FREEMAN
United States District Judge