# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Case No. 17-cv-05671-BLF<br><br>**JUDGMENT** |

Consistent with this Court's order granting in part and denying in part VLSI Technology LLC ("VLSI") and Intel Corporation's ("Intel") motions for summary judgment, *see* ECF Nos. 772 & 778, this Court's order granting VLSI's motion to dismiss the license counterclaim, *see* ECF No. 903, and the parties' dismissal of all other claims asserted in this action or finding by this Court of mootness of particular claims, *see* ECF Nos. 801 & 807, the Court hereby ENTERS judgment:

In favor of Defendant Intel and against Plaintiff VLSI on the following claims:

1. VLSI's Fifth Count for Infringement of the U.S. Patent No. 8,004,922.
2. VLSI's Eighth Count for Infringement of the U.S. Patent No. 8,566,836.
3. Intel's Tenth Counterclaim for Invalidity of the U.S. Patent No. 8,004,922.

In favor of Plaintiff VLSI and against Defendant Intel on the following claim:

1. Intel's Seventeenth Counterclaim for Declaratory Judgment that Intel is Licensed to VLSI's Patents, without prejudice to refiling in the proper forum.

\\
\\
\\

1   The Court further ENTERS a judgment of dismissal for all remaining claims and
2   counterclaims.  The Clerk of Court shall close the file in this matter.
3   **IT IS SO ORDERED.**

5   Dated: March 29, 2024

_____
BETH LABSON FREEMAN
United States District Judge