
```
1  IRELL & MANELLA LLP
   Morgan Chu (SBN 70446)
2  Benjamin W. Hattenbach (SBN 186455)
   Amy E. Proctor (SBN 283845)
3  Dominik Slusarczyk (SBN 287084)
   Charlotte J. Wen (SBN 313572)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
6  Email: mchu@irell.com
   Email: bhattenbach@irell.com
7  Email: aproctor@irell.com
   Email: dslusarczyk@irell.com
8  Email: cwen@irell.com

9  Counsel for Plaintiff
   VLSI TECHNOLOGY LLC
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | Case No. 5:17-CV-05671-BLF |
| Plaintiff, | **PLAINTIFF VLSI TECHNOLOGY LLC'S NOTICE OF APPEAL** |
| v. | Judge: Hon. Beth Labson Freeman |
| INTEL CORP., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff VLSI Technology LLC appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered by Judge Beth Labson Freeman on March 29, 2024 (ECF 905), and from any and all other orders, rulings, findings, and conclusions underlying and related to that order, whether oral or written, including but not limited to those relating to discovery and other pre-trial matters (*e.g.*, ECF 241, ECF 722, ECF 772, ECF 781, ECF 841).

Dated: April 26, 2024

Respectfully submitted,

By: */s/ Charlotte J. Wen*

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Amy E. Proctor (SBN 283845)
Dominik Slusarczyk (SBN 287084)
Elizabeth C. Tuan (SBN 295020)
Charlotte J. Wen (SBN 313572)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
Email:  mchu@irell.com
Email:  bhattenbach@irell.com
Email:  aproctor@irell.com
Email:  dslusarczyk@irell.com
Email:  etuan@irell.com
Email:  cwen@irell.com

Babak Redjaian (SBN 185506)
Kamran Vakili (SBN 284441)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200
Email: bredjaian@irell.com
Email: kvakili@irell.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

PLAINTIFF VLSI TECHNOLOGY LLC'S
NOTICE OF APPEAL

Case No. 5:17-cv-05671-BLF-NC