United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VLSI TECHNOLOGY LLC,

Plaintiff,

v.

INTEL CORPORATION,

Defendant.

Case No. 17-cv-05671-BLF

**ORDER DIRECTING PARTIES TO SUBMIT CLARIFICATION RE JOINT STIPULATION FOR STAY**

[RE: ECF No. 926]

The Court previously stayed this case until August 31, 2026 to accommodate post-trial briefing in a parallel case. ECF No. 923. The parties jointly stipulated to extend the stay to October 1, 2026. ECF No. 926. A case management conference is also scheduled for October 1, 2026. ECF No. 924. It is unclear, to the Court, whether the parties are seeking to vacate the case management conference, which is currently scheduled on the final day of the (proposed) stay. The Court directs the parties to submit a joint response clarifying their request no later than September 16, 2026.

**IT IS SO ORDERED.**

Dated: September 9, 2026

BETH LABSON FREEMAN
United States District Judge