Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Elizabeth C. Tuan (SBN 295020)
Charlotte J. Wen (SBN 313572)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: etuan@irell.com
Email: cwen@irell.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
william.lee@wilmerhale.com
joseph.mueller@wilmerhale.com
louis.tompros@wilmerhale.com
dominic.massa@wilmerhale.com

*Counsel for Defendant*
INTEL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

VLSI TECHNOLOGY LLC,

Plaintiff,

vs.

INTEL CORPORATION,

Defendant.

Case No. 5:17-cv-05671-BLF-NC

**JOINT STATUS REPORT PURSUANT TO ORDER RE STAY (DKT. 929)**

On September 22, 2026, the Court extended the stay of this action until November 2, 2026, without prejudice to either party seeking to extend or lift the stay (or oppose extending or lifting the stay), and ordered a joint status report by October 29, 2026, or within two business days of a new judge being assigned in *VLSI Tech. LLC v. Intel Corp.*, No. 1:19-cv-977 (W.D. Tex.) ("*Texas III*"), whichever comes earlier. Dkt. 929. The Court also issued a docket order continuing the Case Management Conference to February 18, 2027, and ordering the Parties to submit a Case Management Statement by February 11, 2027.

Pursuant to the Court's order (Dkt. 929), the Parties respectfully submit the following update.

1. The Parties are still awaiting a decision on the post-trial motions on Intel's license defense in *Texas III*.

2. A new judge in the *Texas III* action has not been assigned.

The Parties respectfully request the following.

**VLSI's Position:**

VLSI requests that the stay in this matter be lifted. The present, temporary stay following Federal Circuit remand has now exceeded five months. That stay was partly based on the belief that a decision in *Texas III* was imminent at the time that this case was remanded. It has now been approximately 18 months, however, since the *Texas III* jury verdict and two months since Judge Albright retired without rendering a decision. All of the post-trial motions remain pending in *Texas III*, and that case (along with other cases on Judge Albright's former docket) remains unassigned with no known timeline for reassignment.

The Parties have no reason to be assured that *Texas III* will imminently resolve Intel's license defense in the Western District of Texas, and the factfinding of the *Texas III* jury cannot be "imported" into this case for multiple reasons. Indeed, Intel's license defense raises both factual and legal questions that have never been decided by any court, and, as discussed above, for which there is no assurance of imminent resolution in *Texas III*. For all of these reasons, as well as the prior delays incurred and the significant lead time required for a trial date, VLSI believes that it is in the

best interests of the Parties and justice to resume these proceedings in the Northern District of California.

Resuming this case now should include, at minimum, setting a date for trial and a schedule for dispositive motions, as the Court deems proper.

**Intel's Position:**

The Court should stay this case pending final resolution of Intel's license defense in *Texas III*. This Court previously resolved all of the legal issues that VLSI presented to this Court regarding Intel's license defense, determining that Intel's license "defense was legally valid but that disputed factual issues should be decided at trial based on the narrow question of whether VLSI and certain Finjan entities are under common control of Fortress[.]" *See* Dkt. 903 at 2; Dkt. 781 at 15. On May 29, 2025, a jury in the Western District of Texas answered that single factual question, finding that "Fortress Investment Group controlled both VLSI Technology LLC and Finjan LLC[.]" *Texas III*, Dkt. 959. Post-trial motions are pending in Texas and, if Intel prevails on its license defense there, it will have preclusive effect on this case and thus resolve all remaining issues here. Intel therefore intends to file a motion to stay pending final resolution of Intel's license defense in *Texas III*. Intel will present the complete bases for a stay in its forthcoming motion. Should the Court not grant Intel's motion to stay, Intel's motion will request that the Court grant Intel leave to file a motion for summary judgment on its license defense in view of the record that was developed at trial in Texas. VLSI opposes Intel's motion. Intel has reached out to the Courtroom Deputy for a hearing date on Intel's forthcoming motion to stay.

Respectfully submitted, Dated: October 29, 2026

By: */s/ Charlotte J. Wen*

By: */s/ Mark D. Selwyn*

Morgan Chu (SBN 70446)
Benjamin W. Hattenbach (SBN 186455)
Elizabeth Tuan (SBN 295020)
Charlotte J. Wen (SBN 313572)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Mark D. Selwyn (CA SBN 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mchu@irell.com
Email: bhattenbach@irell.com
Email: etuan@irell.com
Email: cwen@irell.com

Babak Redjaian (SBN 185506)
Kamran Vakili (SBN 284441)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: bredjaian@irell.com
Email: kvakili@irell.com

*Counsel for Plaintiff*
VLSI TECHNOLOGY LLC

mark.selwyn@wilmerhale.com

William F. Lee (*pro hac vice*)
Joseph J. Mueller (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Dominic E. Massa (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
william.lee@wilmerhale.com
joseph.mueller@wilmerhale.com
louis.tompros@wilmerhale.com
dominic.massa@wilmerhale.com

Amanda L. Major (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
amanda.major@wilmerhale.com

Mary V. Sooter (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Telephone: (720) 274-3135
Facsimile: (720) 274-3133
mindy.sooter@wilmerhale.com

*Counsel for Defendant*
INTEL CORPORATION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Date: October 29, 2026

*/s/ Mark D. Selwyn*
Mark D. Selwyn